No. 99–1000. ARMSTRONG v. UNITED STATES. C. A. 8th Cir. Motion of Arrowhead Counties Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–1009. DEBAUCHE v. TRANI ET AL. C. A. 4th Cir. Motion of Appleseed Electoral Reform Law Project et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–1011. KNIGHT PUBLISHING CO., DBA THE CHARLOTTE OBSERVER, ET AL. v. PRESBYTERIAN HEALTH SERVICES CORP. Sup. Ct. N. C. Motions of News & Observer Publishing Co., Inc., and Reporters Committee for Freedom of the Press et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 99–1140. TALLAKSON ET AL. v. BAXTER HEALTHCARE CORP. ET AL. C. A. 7th Cir. Motion of respondents for leave to lodge Court of Appeals' appendix under seal granted. Motion of respondents for leave to file Rule 29.6 listing under seal granted. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these motions and this petition.

No. 99–7718. SMITH v. AMOCO OIL CO. C. A. 7th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 99–819. HOWARD v. NEW YORK TIMES CO., 528 U. S. 1080;

No. 99–872. HILL v. KANSAS CITY AREA TRANSPORTATION AUTHORITY, 528 U. S. 1137;

No. 99–1023. KALAN v. BOCKHORST, EHRLICH & KAMINSKEE, 528 U. S. 1139;

No. 99–5191. GULLEY v. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL., 528 U. S. 890;

No. 99–6392. SMITH v. JOHNSON, WARDEN, 528 U. S. 1026;

No. 99–6641. LUKENS v. OREGON STATE OFFICE FOR SERVICES TO CHILDREN AND FAMILIES, 528 U. S. 1052;

No. 99–6659. WINSLOW v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 528 U. S. 1084;

No. 99–6680. CUOZZO v. WAYNICK ET AL., 528 U. S. 1085;

1034

No. 99–6743. DEANGELIS v. WIDENER UNIVERSITY SCHOOL OF LAW ET AL., 528 U. S. 1053;

No. 99–6768. WILKINS v. OKLAHOMA, 528 U. S. 1086;

No. 99–6783. HEMMERLE v. BAKST, 528 U. S. 1087;

No. 99–6825. CANTERBURY v. WEST, SECRETARY OF VETERANS AFFAIRS, 528 U. S. 1088;

No. 99–6939. TIBBS v. CORCORAN, WARDEN, 528 U. S. 1120;

No. 99–6964. LARRY v. TEXAS, 528 U. S. 1120;

No. 99–7051. DAVAGE v. UNITED STATES, 528 U. S. 1093;

No. 99–7119. PORTS v. DEAN, SUPERINTENDENT, LAKE CORRECTIONAL INSTITUTION, ET AL., 528 U. S. 1140;

No. 99–7184. WUCHANG ET AL. v. CITY OF REDWOOD CITY ET AL., 528 U. S. 1141;

No. 99–7285. LERRO v. BOARD OF REVIEW, DEPARTMENT OF LABOR, ET AL., 528 U. S. 1126;

No. 99–7350. VAILE v. WALTER, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER, 528 U. S. 1142; and

No. 99–7512. IN RE LEGRANDE, 528 U. S. 1113. Petitions for rehearing denied.

No. 99–5682. MACK v. UNITED STATES POSTAL SERVICE, 528 U. S. 914. Motion for leave to file petition for rehearing denied.

MARCH 21, 2000

No. 99A783. HAMPTON, BY AND THROUGH PINCUS, AS NEXT FRIEND v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

MARCH 22, 2000

No. 99A786. BELL, WARDEN v. COE. Application to vacate stay of execution of sentence of death entered by the United States District Court for the Middle District of Tennessee on March 22, 2000, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

No. 99–8681 (99A767). COE v. TENNESSEE. Sup. Ct. Tenn. Application for stay of execution of sentence of death, presented